# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 13, 2017

156132-4(77)

MARY ANN HEGADORN,
      Plaintiff-Appellant,

v

DEPARTMENT OF HUMAN SERVICES
DIRECTOR,
      Defendant-Appellee.

_____

DEBORAH D. TRIM, Personal Representative
of the ESTATE OF DOROTHY LOLLAR,
      Plaintiff-Appellant,

v

DEPARTMENT OF HUMAN SERVICES
DIRECTOR,
      Defendant-Appellee.

_____

ROSELYN FORD,
      Plaintiff-Appellant,

v

DEPARTMENT OF HUMAN SERVICES
DIRECTOR,
      Defendant-Appellee.

_____/

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

SC:156132
COA: 329508
Livingston CC: 2014-028394-AA

SC: 156133
COA: 329511
Livingston CC: 2014-028395-AA

SC: 156134
COA: 331242
Washtenaw CC: 15-000488-AA

On order of the Chief Justice, the joint motion of the Elder Law and Disability Rights Section of the State Bar of Michigan and the Michigan Chapter of the National Academy of Elder Law Attorneys to participate as amici curiae and to submit a brief amicus curiae in support of the application for leave to appeal is GRANTED. The amicus brief will be accepted for filing if submitted on or before October 27, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 13, 2017



Clerk